Bryan HARP *v.* STATE of Arkansas

CR 92-1484                                    852 S.W.2d 138

Supreme Court of Arkansas
Opinion delivered May 10, 1993

*Faber DeWitt Jenkins, Jr.*, for appellant.

*Winston Bryant*, Att'y Gen., by: *Clint Miller*, Senior Asst. Att'y Gen., for appellee.

██ PER CURIAM. Appellant's brief was due on February 9, 1993. No brief has been filed or tendered and no extension of time has been requested. On April 14, 1993, the Attorney General moved for an order dismissing the appeal for failure to prosecute. Counsel for the appellant, Mr. Faber DeWitt Jenkins, Jr., is hereby ordered to appear before this court on Monday, May 17, 1993, to show cause why he should not be held in contempt of court for failing to prosecute this appeal.